UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KALLIJACH ANTONIO,<br><br>                               Plaintiff,<br><br>          -against-<br><br>UNITED STATES OF AMERICA;<br>CONFIDENTIAL INFORMANT #1;<br>CONFIDENTIAL INFORMANT #2;<br>CONFIDENTIAL INFORMANT #3,<br><br>                               Defendants. | 23-CV-0079 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 17, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 17, 2023
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge